

**SO ORDERED.**
SIGNED this 28th day of December, 2021

*Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | Angela Michelle Martin<br>10313 Highway 133<br>Shady Valley, TN  37688-5036<br>**SS#: xxx-xx-1380**<br><br>**SS#: xxx-xx-** | #21-50890-SDR<br><br><br><br>Chapter 13 |

### ORDER VACATING IRS REFUND ORDER

**ORDERED** that the order entered in the above proceeding directing the Internal Revenue Service to transmit to the Chapter 13 Trustee any tax refunds to which the Debtor(s) may be entitled is hereby vacated.

# # #

APPROVED FOR ENTRY:

s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
314 Erin Drive, Ste. 201
Knoxville, TN  37919
(865) 524-4995

cc: Gwendolyn M. Kerney, Chapter 13 Trustee
Internal Revenue Service
, Attorney for Debtor(s)
ANGELA MICHELLE MARTIN / , DEBTOR(S)